1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400 ext. 229; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   VITALIY GOFMAN

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VITALIY GOFMAN, | ) Case No.: 3:09-cv-02602-BZ |
|  | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
|  | ) |
| vs. | ) |
|  | ) |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
|  | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, VITALIY GOFMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1   DATED: July 23, 2009                KROHN & MOSS, LTD.

2

3                                       By: /s/ Nicholas J. Bontrager

4                                           Nicholas J. Bontrager
                                            Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25