UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALIY GOFMAN, ) )     Plaintiff(s), )   v. ) ) NORTHSTAR LOCATION SERVICES, ) LLC, ) )     Defendant(s). ) | No. C09-2602 BZ **CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **45 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: July 23, 2009

                                              */s/ Bernard Zimmerman*
                                              Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\GOFMAN COND ORD OF DISM.wpd

1