Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 229; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
VITALIY GOFMAN

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VITALIY GOFMAN, | Case No.: 3:09-cv-02602-BZ |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, VITALIY GOFMAN, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 25, 2009                                KROHN & MOSS, LTD.


By:/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorney for Plaintiff,
VITALIY GOFMAN